```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION

DWAYNE WALLACE                                               PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:18CV400TSL-JCG

DOCTOR JOHN DOE, ET AL.                                     DEFENDANTS
```

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge John C. Gargiulo, and the court, having fully reviewed the report and recommendation entered in this cause on April 19, 2019 and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge John C. Gargiulo entered on April 19, 2019 be, and the same is hereby adopted as the finding of this court. It follows that the complaint is dismissed for failure to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of June, 2019.


            /s/ Tom S. Lee
            UNITED STATES DISTRICT JUDGE